## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:13-CV-275-FDW-DCK

| | |
|---|---|
| JESSICA PRUDHOMME, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **ORDER** |
| | ) |
| MASONITE CORPORATION, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Julie K. Adams, concerning Gavin Stone Appleby on June 27, 2013.  Mr. Appleby seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.**  Mr. Appleby is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 28, 2013

David C. Keesler
United States Magistrate Judge