**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:13-CV-275-FDW-DCK**

| | |
|---|---|
| **JESSICA PRUDHOMME,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    <u>**ORDER**</u> |
| | ) |
| **MASONITE CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) filed by Julie K. Adams, concerning Emily D. Blaiss on February 25, 2014.  Ms. Emily D. Blaiss seeks to appear as counsel *pro hac vice* for Defendant Masonite Corporation.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 22) is **GRANTED.**  Ms. Emily D. Blaiss is hereby admitted *pro hac vice* to represent Defendant Masonite Corporation.

**SO ORDERED**.

Signed: February 25, 2014

David C. Keesler
United States Magistrate Judge