UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00275-FDW-DCK

| | |
|---|---|
| JESSICA PRUDHOMME, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MASONITE CORPORATON, )<br>)<br>Defendant. )<br>)<br>) | ORDER |

**THIS MATTER** is before the Court on the "Joint Motion to Refer Case to Mediation, to Extend the Case Schedule and for a Status Conference." (Doc. No. 25). By the Motion, the Parties request a judicial settlement conference before Magistrate Judge David C. Keesler, in place of mediation, and a modification of the amended Case Management Order. For the reasons stated below, the Motion is GRANTED in part and DENIED in part.

First, with respect to Parties request for a judicial settlement conference with Judge Keesler, the Motion is GRANTED for good cause shown. Counsel are directed to jointly telephone Judge Keesler's chambers as soon as possible to discuss scheduling.

The Parties next request a modification of the Case Management Order to extend certain deadlines. Specifically, the Parties request that the Court extend the mediation deadline, currently April 11, 2014, to allow time to schedule and conduct a judicial settlement conference with Judge Keesler. The Parties also request that the discovery completion deadline, currently March 28, 2014, be extended to allow for additional limited discovery, and the dispositive motions deadline, currently April 25, 2014, be extended for at least four weeks after the

1

discovery completion deadline, if the judicial settlement conference does not result in a settlement.

As an initial matter, the Court notes that in its prior order granting the Parties' previous motion to modify the Case Management Order, (Doc. No. 20), it extended the discovery completion deadline, mediation deadline, and dispositive motions deadline exactly as the Parties requested based on Plaintiff's pregnancy. (Doc. No. 21). A second extension for the same reason is unnecessary. Additionally, the Court does not believe that the Plaintiff's pregnancy or childbirth will impede the ability of her counsel or opposing counsel to prepare any dispositive motions that they may wish to file by April 25, 2014. Therefore, to the extent that the Parties request that the discovery completion deadline and dispositive motions deadline be extended, the Motion is DENIED. To the extent that the Parties request the mediation deadline be extended to allow them to conduct a judicial settlement conference with Judge Keesler, such an extension is GRANTED. The mediation deadline is extended for as long as necessary to conduct a judicial settlement conference with Judge Keesler.

IT IS THEREFORE ORDERED that the Motion, (Doc. No. 25), is GRANTED IN PART and DENIED IN PART. Specifically, the Motion is GRANTED with respect to the Parties' request for a judicial settlement conference with Judge Keesler and an extension on the mediation deadline, and DENIED with respect to the Parties' request that the discovery completion deadline and dispositive motions deadline be extended.

IT IS SO ORDERED.

Signed: March 31, 2014

Frank D. Whitney
Chief United States District Judge