**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-275-FDW-DCK**

| | |
|---|---|
| **JESSICA PRUDHOMME,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MASONITE CORP.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 37) of the Honorable Frank D. Whitney, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at **9:30 a.m. on Wednesday, May 14, 2014** in Courtroom #3 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #3 and its attached conference room and jury deliberation room for this purpose.

**SO ORDERED**.

Signed: April 21, 2014

David C. Keesler
United States Magistrate Judge