## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:13-CV-275-FDW-DCK

| | |
|---|---|
| **JESSICA PRUDHOMME,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **ORDER** |
| | ) |
| **MASONITE CORP.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case.  The undersigned held a judicial settlement conference in this case on May 14, 2014, and the parties reached a complete settlement.  The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **June 18, 2014**.

**SO ORDERED**.

Signed: May 29, 2014

David C. Keesler
United States Magistrate Judge